UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD GREINER FARMS PACKING LLC,
et al.,

      Plaintiffs,                     Case No. 1:16–cv–00188–JTN–ESC

v.                                   Hon. Janet T. Neff

LUCLERA GABRIEL, et al.,

      Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was filed in this court on February 19, 2016 . The case has been assigned to Janet T. Neff .

                                      CLERK OF COURT

Dated: February 22, 2016       By:   /s/ B. Dowdle
                                           Deputy Clerk