UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD GREINER FARMS PACKING, LLC,
TODD M. GREINER, and SARAH
GREINER,

      Plaintiffs,

v.

LUCLERA GABRIEL, JEAN PAUL,
ALTEGA SEVERE, ELINE CHERY, FANIA
BORDES MENTOR, JEAN JACQUES
DES SALINES BORDES, FINA ZEAU,
EMMANUEL JEAN ELIE SEMEXANT,
TERTIL JULES, ANNE AUBOURG
LAMOUR, IFORA PIERRE, ROGER
POMPILIUS, MARIO FLEURY, MARIE
SYLVIA CORNET, JEAN DESIR, JEAN
MAURICE MASSE, MIREILLE MILORD,
SAINT PIERRE HILAIRE, JEAN ANTOINE
SILLON, JEAN AUGUSTIN COMPERE,
JEAN T. VERTUS, MILOT VERTUS, and
JEAN JOSEPH MORNO,

      Defendants.
_____/

Case No. 1:16-cv-188

HON. JANET T. NEFF

## ORDER OF PARTIAL DISMISSAL

This Court having sent to counsel for Plaintiffs a Notice of Impending Dismissal (Dkt 6) and having directed Plaintiffs to effectuate service and file a proof of service no later than June 16, 2016 (Dkt 20), and Plaintiffs having failed to file a proof of service as to Defendant Mario Fleury:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter as to Defendant Mario Fleury is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: June 22, 2016                        /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge