UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD GREINER FARMS
PACKING, LLC, et al.,

    Plaintiffs/Counter-Defendants,

v.

LUCLERA GABRIEL, et al.,

    Defendants/Counter-Claimants.

and

TODD GREINER FARMS
PACKING, LLC, et al.,

    Third-Party Plaintiffs,

v.

INTERNATIONAL EASY
LABOR, INC., et al.,

    Third-Party Defendants.
_____/

Case No. 1:16-cv-188

HON. JANET T. NEFF

## ORDER

This is a civil action. Third-Party Plaintiffs filed a Motion for Default Judgment as to Third-Party Defendants International Easy Labor, Inc. and Emmanuelly Germain (ECF No. 103). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 18, 2018, recommending that the motion be granted, and that default judgment in a form similar to the proposed judgment (ECF No. 106) be entered. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 108) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment as to Third-Party Defendants International Easy Labor, Inc. and Emmanuelly Germain (ECF No. 103) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated: January 8, 2019 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge